UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                    :
SHIVA STEIN,                                        :
                                                    :
                          Plaintiff,                :        22-CV-8048 (JMF)
                                                    :
            -v-                                     :
                                                    :
SIGNIFY HEALTH, INC, et al.,                        :
                                                    :
                          Defendants.               :
                                                    :
-------------------------------------------------------------------X
                                                    :
RYAN O'DELL,                                        :
                                                    :
                          Plaintiff,                :        22-CV-8074 (JMF)
                                                    :
            -v-                                     :
                                                    :
SIGNIFY HEALTH, INC, et al.,                        :
                                                    :
                          Defendants.               :
                                                    :
-------------------------------------------------------------------X
                                                    :
BARBARA WOLFSON,                                    :
                                                    :
                          Plaintiff,                :        22-CV-8373 (JMF)
                                                    :
            -v-                                     :
                                                    :
SIGNIFY HEALTH, INC, et al.,                        :
                                                    :
                          Defendants.               :
                                                    :
-------------------------------------------------------------------X
                                                    :
KARYN BRUTON,                                       :
                                                    :
                          Plaintiff,                :        22-CV-8425 (JMF)
                                                    :
            -v-                                     :

SIGNIFY HEALTH, INC, et al.,     :
     :
        Defendants.     :
     :
-------------------------------------------------------------------X

STEPHEN BUSHANSKY,     :
     :
        Plaintiff,     :        22-CV-8527 (JMF)
     :
     -v-     :        <u>ORDER</u>
     :
SIGNIFY HEALTH, INC, et al.,     :
     :
        Defendants.     :
     :
-------------------------------------------------------------------X

SHOSHANA MINZER,     :
     :        22-CV-8540 (JMF)
        Plaintiff,     :
     :        <u>ORDER</u>
     -v-     :
     :
SIGNIFY HEALTH, INC, et al.,     :
     :
        Defendants.     :
     :
-------------------------------------------------------------------X

PHIL LIFSHITZ,     :
     :        22-CV-8564 (JMF)
        Plaintiff,     :
     :        <u>ORDER</u>
     -v-     :
     :
SIGNIFY HEALTH, INC, et al.,     :
     :
        Defendants.     :
     :
-------------------------------------------------------------------X

CATHERINE COFFMAN,     :
     :
        Plaintiff,     :

|                                                          | : | 22-CV-8622 (JMF) |
| -v-                                                      | : |                  |
|                                                          | : | <u>ORDER</u>     |
| SIGNIFY HEALTH, INC, et al.,                             | : |                  |
|                                                          | : |                  |
|                                   Defendants.            | : |                  |
|                                                          | : |                  |
| ---------------------------------------------------------------------X |

JESSE M. FURMAN, United States District Judge:

On September 20, 2022, Plaintiff Shiva Stein filed a complaint in 22-CV-8048. Thereafter, seven similar complaints were filed in 22-CV-8074, 22-CV-8373, 22-CV-8425, 22-CV-8527, 22-CV-8540, 22-CV-8564, and 22-CV-8622. As of this Order, no motion for consolidation has been filed, but the seven later cases were accepted by the Court as related to 22-CV-8048.

As the cases appear to involve common questions of law and fact, the Court is inclined to consolidate the cases pursuant to Rule 42 of the Federal Rules of Civil Procedure for all purposes. Any party who objects to such consolidation shall file a letter brief, not to exceed three single-spaced pages, by **October 27, 2022**. If no party files a letter opposing consolidation, the Court will consolidate the eight cases without further notice to the parties. Unless and until the Court orders otherwise, any deadlines and conference dates remain in effect. If any party believes that the dates, deadlines, or procedures should be modified, it shall file a letter motion to that effect by **October 27, 2022**.

It is further ORDERED that Plaintiff Shiva Stein shall promptly serve a copy of this Order on all Defendants and file proof of service on the docket.

SO ORDERED.

Dated: October 20, 2022
      New York, New York

                          JESSE M. FURMAN
                          United States District Judge